RECEIVED

SEP 1 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| OCEANEERING INTERNATIONAL, INC, | CIVIL ACTION NO. 05-0258 |
| VS. | JUDGE HAIK |
| GRI SIMULATIONS, INC. | MAGISTRATE JUDGE METHVIN |

## RULING ON AMOUNT OF RULE 37(d) SANCTIONS

On August 15, 2006, the undersigned granted the motion to compel filed by plaintiff Oceaneering International, Inc. ("Oceaneering") and awarded sanctions pursuant to Fed. R. Civ. P. 37 (a)(4).[1] On August 30, 2006, Oceaneering's counsel filed an Affidavit of Fees and Expenses.[2] Defendant GRI Simulations, Inc. ("GRI") filed an opposition.[3]

Oceaneering seeks an award of $3,479.50, representing $2,889.50 in legal fees and $590.00 in expenses. Plaintiff requests an hourly rate of $425.00 for attorney Richard T. Redano, who spent .7 hours in connection with preparing the motion to compel, and $360.00 per hour for the 7.2 hours spent by attorney Gary R. Maze.[4]

Rule 37(a)(4) FED. R. CIV. P. provides that when a motion to compel is granted the court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the motion, including reasonable attorneys' fee. Reasonable attorneys' fees are determined by multiplying the reasonable hours expended by a

---

[1] Rec. Doc. 53.

[2] Rec. Doc. 55 as amended by Rec. Doc. 57.

[3] Rec. Doc. 58.

[4] It is noted that the breakdown of attorneys' fees requested in the memorandum attached to the affidavit of fees differs from those outlined in the affidavit. The undersigned is relying on the fees described in the affidavit.

reasonable hourly rate. Hensley v. Eckerhart, 461 U.S. 424, 434 (1983). The calculation of reasonable hours requires a determination of whether the total number of hours claimed were reasonable and whether specific hours claimed were reasonably expended. League of United Latin American Citizens #4552 (LULAC) v. Rosco Independent Sch. Dist., 119 F. 3d 1228, 1232 (1997). A reasonable hourly billing rate is based on the "prevailing market rates in the relevant community." Blum v. Stenson, 465 U.S. 886, 895 (1984).

The undersigned notes that the underlying discovery dispute was not complicated in that it was limited to the fact that defendant had not timely responded to outstanding discovery. Thus, a substantial amount of legal research and time was not required in order for plaintiff to file its six page motion to compel and brief. Considering the foregoing, and the affidavit and briefs of the parties, the undersigned concludes that an award of $850.00 will reasonably compensate plaintiff for the fees and costs incurred. This amount includes 4.0 hours of time expended by plaintiff's attorneys at an hourly rate of $175.00 and 150.00 in expenses.

**IT IS THEREFORE ORDERED** that defendant shall forward payment to plaintiff's counsel of record the sum of $850.00 within thirty (30) days following receipt of this order.

Signed at Lafayette, Louisiana on September 19, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140     FAX 593-5155