

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: 08/18/08

Reply To: JUDGE RICHARD T. HAIK

Subject: #05-258 - Oceaneering International, Inc. v. G R I Stimulations, Inc.

To: All Counsel of Record

### MINUTE ENTRY

The Pre-Trial Conference scheduled to commence on 9/02/08 is canceled. All other deadlines contained in the Scheduling Order shall remain the same.

If a conference is deemed necessary, please contact the court and one will be scheduled upon request.

RTH/jds