RECEIVED
AUG 29 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| OCEANEERING INTERNATIONAL, INC. | * | CIVIL ACTION NO. CV05-0258 |
| Plaintiff | * | |
| | * | JUDGE HAIK |
| vs. | * | |
| | * | |
| GRI SIMULATIONS, INC. and STEPHEN G. DODD | * | MAGISTRATE JUDGE METHVIN |
| Defendants | * | |

*****************************************************************

## FINAL JUDGMENT

A hearing in this matter was held on August 14, 2008, before the Honorable Richard T. Haik, Sr. Present in court were:

- Richard T. Redano and Gary R. Maze, counsel for plaintiff, Oceaneering International, Inc.;

- Greg R. Mier and Gregory K. Moroux, counsel for defendants, GRI Simulations, Inc. and Stephen G. Dodd.

After considering the legal memoranda and exhibits attached thereto submitted by counsel for the parties, and after hearing argument of counsel, the Court rendered judgment as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the *Motion to Dismiss for Lack of Jurisdiction (Limited to Count 4)* (Rec. Doc. 139) filed by Oceaneering International, Inc. is **DENIED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion for Partial Summary Judgment on Counts 3 and 5-8* (Rec. Doc. 140) filed by Oceaneering International, Inc. is **DENIED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion for Partial Summary Judgment on Counts 1 and 2* (Rec. Doc. 142) filed by Oceaneering International, Inc. is **DENIED**.

3143413.1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion for Summary Judgment on Counts 1 through 10* (Rec. Doc. 145) filed by GRI Simulations, Inc. and Stephen G. Dodd is **GRANTED.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion for Summary Judgment* (Rec. Doc. 146) filed by Stephen G. Dodd is **GRANTED.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion in Limine Regarding Evidence of Conviction or Arrests* (Rec. Doc. 166) filed by Oceaneering International, Inc. is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion to Sanction GRI and Dodd for Continued Discovery Abuses* (Rec. Doc. 179) filed by Oceaneering International, Inc. is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion for Sanctions to Limit GRI's Evidence Regarding GRI's Alleged Computer Architecture* (Rec. Doc. 180) filed by Oceaneering International, Inc. is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion to Exclude Selected Evidence Relating to Expert Paul Bradley Under Rule 37* (Rec. Doc. 187) filed by Oceaneering International, Inc. is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Rule 37 Motion and Daubert Motion to Limit the Evidence and Testimony from Defendants' Expert Witness Neil L. Legge* (Rec. Doc. 188) filed by Oceaneering International, Inc. is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Motion to Compel and Motion for Sanctions* (Rec. Doc. 191) filed by GRI Simulations, Inc. and Stephen G. Dodd is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the *Daubert Motion or Alternatively, Motion in Limine to Exclude Testimony of Arthur Zatarain, Ford Cook and Richard*

3143413.1

*J. Domercq* (Rec. Doc. 192) filed by GRI Simulations, Inc. and Stephen G. Dodd is **DENIED** as moot.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff, Oceaneering International, Inc., shall pay all costs, expenses, and attorneys' fees incurred by defendants, GRI Simulations, Inc. and Stephen G. Dodd, in this matter in an amount to be determined by the Court. Counsel for defendants GRI Simulations, Inc. and Stephen G. Dodd shall file an affidavit of all costs, expenses, and attorneys' fees into the record in order to assist the Court in the assessment of a reasonable award of costs, expenses, and attorneys' fees. The affidavit shall contain: (1) the customary hourly rate of each attorney and paralegal involved; (2) a description of each task completed; (3) a statement of the amount of time expended upon each task; and (4) a description of each and every expense and cost incurred by defendants GRI Simulations, Inc. and Stephen G. Dodd in this matter. Defendants shall serve this affidavit on counsel for Oceaneering International, Inc. by telecopy, email, or hand delivery on the same date that defendants file this affidavit. Plaintiff Oceaneering International, Inc. shall file any objections to defendants' affidavit within ten (10) days of the date on which this affidavit is served and filed. Plaintiff shall serve its objections on all counsel for defendants by telecopy, email, or hand delivery on the same date that plaintiff files its objections.

JUDGMENT RENDERED this 27th day of August, 2008 at Lafayette, Louisiana.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. District Court
Western District of Louisiana, Lafayette Division

3143413.1

APPROVED AS TO FORM:

| | |
|---|---|
| DUANE MORRIS LLP | ONEBANE LAW FIRM<br>*(A Professional Corporation)* |
| | */s/ Greg R. Mier* |
| _____ | _____ |
| Richard T Redano, pro hac vice | EDWARD C. ABELL (#2284) |
| Lead Attorney | GREG R. MIER (#24561) |
| Texas Bar No. 16658400 | GREGORY K. MOROUX (#9327) |
| Gary R. Maze, pro hac vice | 1200 Camellia Blvd., Suite 300 |
| Texas Bar No. 00792678 | Post Office Box 3507 |
| 3200 Southwest Freeway  Suite 3150 | Lafayette, LA 70502-3507 |
| Houston, TX 77027 | Telephone:  (337) 237-2660 |
| Tel.  713.402.3900 | Fax:  (337) 266-1232 |
| Fax. 713.402.3901 | |
| | ATTORNEYS FOR GRI SIMULATIONS, |
| – and – | INC. AND STEPHEN G. DODD |
| KRAFT GATZ & DEVITT LLC | |
| RALPH E. KRAFT, I.D. #7918 | |
| F. DOUGLAS GATZ, JR. I.D. #16934 | |
| 600 Jefferson Street, Suite 410 | COPY SENT: |
| Lafayette, LA 70501 | DATE: 8-29-08 |
| Tel.  337.706.1818 | BY: gkr |
| Fax  337.706.1828 | TO: RTH |

ATTORNEYS FOR PLAINTIFF,
OCEANEERING INTERNATIONAL, INC.

3143413.1